

# United States District Court
# Eastern District of California

Accuire, LLC

Plaintiff(s)

V.

Zurich American Insurance Co. of Illinois

Defendant(s)

Case Number: 2:25-cv-03658-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John Michael Shoreman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Accuire, LLC

On 02/09/1987 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/27/2025

Signature of Applicant: /s/ John Michael Shoreman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John Michael Shoreman |
| Law Firm Name: | McFadden & Shoreman |
| Address: | 1050 Connecticut Avenue, NW |
| | Suite 500 |
| City: | Washington   State: DC   Zip: 20036 |
| Phone Number w/Area Code: | (571) 296-8450 |
| City and State of Residence: | Arlington, Virginia |
| Primary E-mail Address: | jms@mcfaddenshoreman.com |
| Secondary E-mail Address: | jmshoreman@verizon.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Paul M. Stoddard |
| Law Firm Name: | Law Offices of Paul M. Stoddard |
| Address: | 74924 Country Club Drive, Suite 150 |
| City: | Palm Desert   State: CA   Zip: 92260 |
| Phone Number w/Area Code: | (760) 320-8345   Bar #: 098477 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 30, 2025

_____
JUDGE, U.S. DISTRICT COURT